ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| Envistacom, LLC | ) ASBCA No. 63796 |
| | ) |
| Under Contract No. W911NF-17-D-0014 | ) |
| Task Order No. W909MY-19-F-0066 | ) |

APPEARANCES FOR THE APPELLANT:    Thomas F. Proctor, Esq.
                                   Chairman

                                   Katie Goodman, Esq.
                                   Chief Liquidation Officer

                                   Daniel A. Schwager, Esq.
                                   Benjamin R. Ogletree, Esq.
                                   Verdi & Ogletree PLLC
                                   Washington, DC

APPEARANCES FOR THE GOVERNMENT:    Dana J. Chase, Esq.
                                   Army Chief Trial Attorney
                                   MAJ Joshua A. Reyes, JA
                                   MAJ Jonathan S. DeMille, JA
                                   Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  May 13, 2026

_____
MARK A. MELNICK
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63796, Appeal of Envistacom, LLC, rendered in conformance with the Board's Charter.

Dated: May 13, 2026

_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals